624

No. 585. FEDERAL COMMUNICATIONS COMMISSION *v.* NATIONAL BROADCASTING CO., INC. ET AL. January 18, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for petitioner. *Messrs. Philip J. Hennessey, Jr., Karl A. Smith,* and *A. L. Ashby* for respondents.

No. 140. OSMENT *v.* PITCAIRN ET AL., RECEIVERS. See *ante,* p. 587.

No. 128. GURNEY ET AL. *v.* FERGUSON ET AL. See *ante,* p. 588.

No. 169. PENNSYLVANIA PUBLIC UTILITY COMM.'N *v.* CHELTENHAM & ABINGTON SEWERAGE CO. See *ante,* p. 588.

No. 174. PEAK *v.* CALIFORNIA. See *ante,* p. 589.

No. 326. JEROME *v.* UNITED STATES. See *ante,* p. 606.

No. 115. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA. October 12, 1942. The motion for leave to proceed in *forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit is denied. The CHIEF JUSTICE took no part in the consideration or decision of these applications. *Carlota Benitez Sampayo, pro se. Mr. Henri Brown* for respondent.